IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| DAVID GREENE,<br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, *Commissioner of Social Security*,<br>　　　　Defendant. | §<br>§<br>§<br>§  Civil Action No.: 4:18-03021-MGL<br>§<br>§<br>§<br>§ |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AS MODIFIED BY THE PARTIES' STIPULATION**

This is a Social Security appeal. Pending before the Court is Plaintiff David Greene's (Greene) motion under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for attorney fees in the amount of $3,851.25 and expenses in the amount of $20.64. Subsequent to Greene filing this motion, the parties stipulated Defendant Andrew M. Saul would instead pay $3,651.25 in attorney fees and $20.64 in expenses to Greene.

Having carefully considered the motion, the response, the stipulation entered by the parties, and the relevant law, it is the judgment of the Court the motion is **GRANTED AS MODIFIED** by the parties' stipulation.

**IT IS SO ORDERED**.

Signed this 22nd day of April 2020 in Columbia, South Carolina.

　　　　　　　　　　　　　　　　　　　　/s/ Mary Geiger Lewis
　　　　　　　　　　　　　　　　　　　　MARY GEIGER LEWIS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE